UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

Latoya Lewis,

        Defendant,
and

HR Staffing Team LLC,

        Garnishee.
_____

Case No. 17-50514
District Judge Nancy G. Edmunds
Magistrate Judge Jonathan J.C. Grey

## REPORT AND RECOMMENDATION ON WRIT OF CONTINUING GARNISHMENT

On April 4, 2017, the United States of America filed an application for writ of continuing garnishment as to Latoya Lewis and garnishee HR Staffing Team LLC. (ECF No. 4.) On May 24, 2022, the United States filed a garnishment release and released HR Staffing Team LLC from further liability in connection with the garnishment issued as to Lewis. (ECF No. 13.) Because the United States filed a garnishment release, the Court **RECOMMENDS** that the United States' request for issuance of continuing writ of garnishment as to Latoya Lewis and garnishee HR Staffing Team LLC be **DENIED AS MOOT**.

Dated: August 26, 2022     s/**Jonathan J.C. Grey**
Jonathan J.C. Grey
United States Magistrate Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System on August 26, 2022.

s/ **S. Osorio**
Sandra Osorio
Case Manager