UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATE OF AMERICA,

        Plaintiff,

v.

LATOYA LEWIS,

        Defendant,

and

HR STAFFING TEAM LLC,

        Garnishee.

_____/

Case No. 17-mc-50514

Hon. Nancy G. Edmunds
Magistrate Judge Jonathan J.C. Grey

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [14]**

This matter is before the Court on the Magistrate Judge's August 26, 2022 report and recommendation. (ECF No. 14.)  The Magistrate Judge recommends that the Court deny as moot the United States' request for issuance of continuing writ of garnishment. (ECF Nos. 1, 4.). No objections have been filed. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). Nevertheless, the Court has reviewed the record and finds it agrees with the Magistrate Judge.

1

The Court therefore **ACCEPTS and ADOPTS** the Magistrate Judge's report and recommendation (ECF No. 14), and **DENIES AS MOOT** the United States' request.

**SO ORDERED.**

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: September 14, 2022


I hereby certify that a copy of the foregoing document was served upon counsel of record on September 14, 2022, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager